| PROB 22<br>(Rev. 01/24) | DOCKET NUMBER *(Tran. Court)*<br>1084:1:20CR00074-001MV |
|---|---|
| TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)*<br>2:26-cr-00014-GMN-EJY-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>New Mexico | DIVISION<br>Albuquerque |
|---|---|---|

Patrick Zamora

✓ FILED ___ RECEIVED<br>___ ENTERED ___ SERVED ON<br>**JAN 27 2026**<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>AMMi<br>BY: _____ DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| Martha Vazquez, Senior United States District Judge |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>10/31/2025 | TO<br>10/30/2029 |
|---|---|---|

OFFENSE

21 U.S.C. 841(a)(1): Possession with Intent to Distribute a Mixture and Substance Containing 50 Grams or More of Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The defendant is currently under courtesy supervision in the District of Nevada (D/NV). He resides with his sister in Las Vegas, NV, and is employed full-time with Goodwill. The D/NV requests transfer of jurisdiction to address future noncompliance in a timely manner.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

| UNITED STATES DISTRICT COURT FOR THE | DISTRICT OF | New Mexico |
|---|---|---|

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_January 13, 2026_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

| UNITED STATES DISTRICT COURT FOR THE | N/A | DISTRICT OF | Nevada |
|---|---|---|---|

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 28, 2026
*Effective Date*

_[signature]_
United States District Judge

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Patrick Zamora
Case No.:  To be assigned

**REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION**

January 26, 2026

TO:    United States District Judge

On February 24, 2022, Mr. Zamora was sentenced to 96 months imprisonment, followed by 4 years of supervised release for the offense of Possession with Intent to Distribute a Mixture and Substance Containing 50 Grams or More of Methamphetamine. On October 31, 2025, he commenced supervision in the District of Nevada.

On February 17, 2025, the probation office in the District of Nevada approved Mr. Zamora's supervised release plan to reside with his sister in Las Vegas, NV. He has resided with his sister since his release from imprisonment and has no intention of returning to the District of New Mexico. In order to address any matter that may require Court intervention in an efficient manner, it is respectfully requested the court accept jurisdiction of this case.

Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable Martha Vazquez agreeing to relinquish jurisdiction of this case. Should Your Honor have any questions or concerns, please contact the undesigned officer at (702) 378-0704 or Zachary_warner@nvp.uscourts.gov

Respectfully submitted,

_____
Zachary Warner
United States Probation Officer

Approved:

_____
Steve M Goldner
Supervisory United States Probation Officer